AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | March 10, 2008 |
| NAME OF SERVER (PRINT) Sherry G. Leung | TITLE | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Documents sent via overnight delivery. Documents received on March 10, 2008 and signed for by Vamillian.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 11, 2008      /s/ Sherry Leung
              Date                Signature of Server

                                  SLEVIN & HART, P.C.
                                  Attorneys at Law
                                  1625 Massachusetts Avenue, N.W., Suite 450
              Address of Server   Washington, DC 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

National Shopmen Pension Fund, et al.

**SUMMONS IN A CIVIL CASE**

V.

Columbia Iron Works, Inc.

Case: 1:08-cv-00224
Assigned To : Walton, Reggie B.
Assign. Date : 2/11/2008
Description: Labor/ERISA

TO: (Name and address of Defendant)

Columbia Iron Works, Inc.
Serve: Daniel J. Palozola
       4254 Vista Avenue
       Saint Louis, MO 63110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marc H. Rifkind, Esq.
Slevin & Hart, P.C.
1625 Massachusetts Avenue, NW
Suite 450
Washington, DC 20036
(202) 797-8700

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                                      FEB 11 2008

CLERK                                                            DATE

_(signature)_
(By) DEPUTY CLERK


Close Window



# Tracking Detail

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z F2R 941 01 9693 921 4 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 03/10/2008  9:12 A.M. |
| Signed By: | VAMILLIAN |
| Location: | RECEPTION |
| Delivered To: | SAINT LOUIS, MO, US |
| Shipped/Billed On: | 03/07/2008 |
| Service: | NEXT DAY AIR |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| ST. LOUIS, MO, US | 03/10/2008 | 9:12 A.M. | DELIVERY |
| ST. LOUIS, MO, US | 03/08/2008 | 10:58 A.M. | DESTINATION SCAN |
| | 03/08/2008 | 8:55 A.M. | ARRIVAL SCAN |
| | 03/08/2008 | 8:33 A.M. | DEPARTURE SCAN |
| | 03/08/2008 | 8:00 A.M. | ADVERSE WEATHER CONDITIONS |
| | 03/08/2008 | 7:52 A.M. | ARRIVAL SCAN |
| LOUISVILLE, KY, US | 03/08/2008 | 7:45 A.M. | DEPARTURE SCAN |
| ST. LOUIS, MO, US | 03/08/2008 | 5:40 A.M. | ADVERSE WEATHER CONDITIONS |
| LOUISVILLE, KY, US | 03/08/2008 | 12:36 A.M. | ARRIVAL SCAN |
| LOUISVILLE, KY, US | 03/07/2008 | 10:41 P.M. | ADVERSE WEATHER CONDITIONS |
| LINTHICUM, MD, US | 03/07/2008 | 10:24 P.M. | DEPARTURE SCAN |
| | 03/07/2008 | 9:29 P.M. | ARRIVAL SCAN |
| LANDOVER, MD, US | 03/07/2008 | 8:45 P.M. | DEPARTURE SCAN |
| | 03/07/2008 | 7:06 P.M. | ORIGIN SCAN |

| LANDOVER, DC, US | 03/07/2008 | 4:15 P.M. | PICKUP SCAN |
| US | 03/07/2008 | 10:07 A.M. | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS: 03/11/2008  11:36 A.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

⊠Close Window

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.