UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL SHOPMEN PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:08cv224-RBW |
| v. | ) ) ) | |
| COLUMBIA IRON WORKS, INC. | ) ) | |
| Defendant. | ) ) | |

**AFFIDAVIT IN SUPPORT OF DEFAULT**

I hereby certify this 5th day of June, 2008, that I am the attorney of record for the plaintiffs in the above-entitled case; that the Defendant, Columbia Iron Works, Inc., was served via First Class Mail pursuant to the provisions of Fed. R. Civ. P. Rule 4(C)(ii) on March 10, 2008, at the following address:

> Columbia Iron Works, Inc.
> Daniel J. Palozola, President
> 4254 Vista Avenue
> Saint Louis, MO 63110

I further certify that: no appearance has been entered by said defendant in this case; no pleading has been filed and none served upon the attorney for the plaintiffs; no extension has been given and the time for filing has expired; and that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant.

Dated: June 5, 2008    __/s/ Marc Rifkind_____
                      Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
                      SLEVIN & HART, P.C.
                      1625 Massachusetts Avenue, NW, Suite 450

Washington, DC   20036
202-797-8700  (Telephone)
202-234-8231  (Facsimile)

Counsel for Plaintiffs

115652v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| COLUMBIA IRON WORKS, INC. | ) ) ) |
| Defendant. | ) ) ) |

Civil Action No. 1:08cv224-RBW

**MILITARY AFFIDAVIT**
(Certificate in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

I hereby certify this 5th day of June, 2008, that I am the duly authorized agent of the plaintiffs in the above-listed case and make this certificate in plaintiffs' behalf. I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United

States preliminary to induction into the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is employed as an officer of Defendant Columbia Iron Works, Inc.

Dated: June 5, 2008          /s/ Marc Rifkind
                                                          Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
                                                          SLEVIN & HART, P.C.
                                                          1625 Massachusetts Avenue, NW, Suite 450
                                                          Washington, DC   20036
                                                          202-797-8700  (Telephone)
                                                          202-234-8231  (Facsimile)

                                                          Counsel for Plaintiffs

115656v1