Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL SHOPMEN PENSION FUND, ET AL.,

_____

       Plaintiff(s)

    v.

Civil Action No.  08-224 RBW  _____

COLUMBIA IRON WORKS, INC.,

_____

     Defendant(s)

RE:  COLUMBIA IRON WORKS, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served  with summons and copy of the complaint    on    3/10/08    , and an affidavit on behalf of the plaintiff having been filed, it is this  6th  day of ____July____, _2008_ declared that  defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____/s/ Tawana Davis_____
                      Deputy Clerk